**Marwan CHEBARO, Appellant–Respondent,**

v.

**Sara LODIGENSKY, et al., Respondent–Appellant,**

**David Mandelbaum, Respondent–Appellant.**

**Nos. WD 64492, WD 64493, WD 64517.**

Missouri Court of Appeals,
Western District.

Feb. 21, 2006.

Mary–Corinne Corley, Kansas City, MO, for Appellant.

Kevin Glynn, Kansas City, MO, for Respondent.

Before ROBERT G. ULRICH, P.J., PATRICIA A. BRECKENRIDGE, and JAMES M. SMART, JR., JJ.

*Order*

PER CURIAM.

David Mandelbaum appeals the judgment entered against him in the civil suit brought by Marwan Chebaro related to Chebaro's interest in a restaurant. Mr. Chebaro also appeals the judgment seeking a remand for a trial on punitive damages. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).